IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| BRADFORD HUFF, SR., ] | |
| ] | |
| Plaintiff ] | Civil Action No. |
| vs. ] | 3:20-cv-00057-CDL |
| ] | Jury Trial Demanded |
| WALTON COUNTY, Georgia et al. ] | |

**JOINT NOTICE OF SETTLEMENT**

Come now all parties in the above-captioned case and respectfully file this Joint Notice of Settlement, respectfully showing the Court as follows:

The parties attended a mediation on March 22, 2023, have reached a tentative settlement in this matter, and are currently finalizing the details of a formal Settlement Agreement and Release. The parties expect to obtain signatures on the final Settlement Agreement and Release and to file a Stipulation of Dismissal on or by May 1, 2023.

Respectfully submitted this 17th day of April, 2023

HECHT WALKER, P.C.

By:  /s/Michael W. Warner
    Michael Warner
    Georgia Bar No. 751362
    Greg K. Hecht
    Georgia Bar No. 003860

205 Corporate Center Drive      COUNSEL FOR PLAINTIFF
Suite B                         BRADFORD HUFF, SR.
Stockbridge, Georgia 30281

(404) 348-4881
greg@hmhwlaw.com
michael@hmhwlaw.com

        WILLIAMS, MORRIS & WAYMIRE, LLC

        By:   /s/ Terry E. Williams

        COUNSEL FOR DEFENDANTS

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
678-541-0790
terry@wmwlaw.com